IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT GALLARDO,

    Plaintiff,

v.                                                                               No. 25-cv-0404-MIS-KBM

FNU LNU,

    Defendant.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Robert Gallardo's Motion to Proceed *In Forma Pauperis* (Doc. 1) (IFP Motion). Gallardo is a federal prisoner and is proceeding *pro se*. The IFP Motion consists of a fillable form used in civil cases. It includes Gallardo's financial information but does not specify which claims, if any, he seeks to raise. The IFP Motion also cites Gallardo's federal criminal case number, 17-cr-01371-JB, but the filing does not appear to relate to any matter in that case. Hon. James Browning appointed counsel for Gallardo in 2024 to pursue a sentence reduction, but such motion was denied by an Order entered December 17, 2024. *See* Doc. 17 in 17-cr-01371-JB. There has been no case activity relating to Gallardo between that date and April 28, 2025, when he filed the instant IFP Motion. The Court is therefore unable to discern what relief (if any) Gallardo seeks with respect to the IFP Motion.

**IT IS ORDERED** that thirty (30) days of entry of this Order, Gallardo must file a response in this case (25-cv-0404-MIS-KBM) clarifying his requested relief as it relates to the IFP Motion. The failure to timely comply may result in dismissal in this civil case without prejudice.

                                                                        _____
                                                                  UNITED STATES MAGISTRATE JUDGE